ALOIS PATZELT, Respondent, v. FORTY-SECOND STREET, MANHATTANVILLE AND ST. NICHOLAS AVENUE RAILWAY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ.

ROSE PATZELT, Respondent, v. FORTY-SECOND STREET, MANHATTANVILLE AND ST. NICHOLAS AVENUE RAILWAY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE DRYSDALE and FRANK FORMOSA, Appellants.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Stapleton, Mills and Rich, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD BISHOP REDMOND, Appellant.— Judgment and orders of the County Court of Kings county reversed, and a new trial ordered, upon the ground that the court erred in charging the jury, as matter of law, that the testimony given by the defendant at the trial of the Barker case, recited in the indictment, was material, and because that question should have been left to the jury as a question of fact. Jenks, P. J., Thomas, Stapleton, Mills and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID F. SODEN, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM F. BRAISTED, Relator, v. HAVEN EMERSON, as Commissioner of Health of the City of New York, and Others, etc., Respondents.— Determination confirmed, and writ dismissed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH P. CALCATERRA, Relator, v. ARTHUR WOODS, as Police Commissioner of the City of New York, Respondent.— Determination confirmed, and writ dismissed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM E. WEEKS, Respondent, v. CABOT WARD, as Commissioner of Parks of the Boroughs of Manhattan and Richmond of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.